| | |
|---|---|
| 1 | |
| 2 | |

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN A. PARKER, | Case No. 1:23-cv-01566-BAM (PC) |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| BURKEHEART, *et al.*, | |
| Defendants. | |

Plaintiff Melvin A. Parker ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 in the Fresno Division of the United States District Court for the Eastern District of California on November 6, 2023. (ECF No. 1.) The case was reassigned to the undersigned magistrate judge on October 3, 2025. (ECF No. 10.)

In his complaint, Plaintiff alleges violations of civil rights that took place in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **October 7, 2025**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2